IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Blumenberg, Karla N

Printed: 11/6/07

Case Number: 07 B 03888
Judge: Squires, John H
Filed: 3/6/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: September 26, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,500.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,419.00 |
| Trustee Fee: |  | 81.00 |
| Other Funds: |  | 0.00 |
| Totals: | 1,500.00 | 1,500.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,334.00 | 1,419.00 |
| 2. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 3. | Ocwen Federal Bank FSB | Secured | 22,870.87 | 0.00 |
| 4. | S & S Financial Services | Unsecured | 258.82 | 0.00 |
| 5. | ECast Settlement Corp | Unsecured | 592.03 | 0.00 |
| 6. | RoundUp Funding LLC | Unsecured | 349.69 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 762.32 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 34.27 | 0.00 |
| 9. | Pay Pal | Unsecured | 9.78 | 0.00 |
| 10. | University of Illinois CU | Unsecured |  | No Claim Filed |
| 11. | Arrow Financial Services | Unsecured |  | No Claim Filed |
| 12. | University of Illinois CU | Unsecured |  | No Claim Filed |
| 13. | Capital One | Unsecured |  | No Claim Filed |
| 14. | University of Illinois CU | Unsecured |  | No Claim Filed |
| 15. | University of Illinois CU | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 27,211.78 | $ 1,419.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 81.00 |
|  | _____ |
|  | $ 81.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Blumenberg, Karla N

Printed:  11/6/07

Case Number:  07 B 03888
Judge:  Squires, John H

Filed:  3/6/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_